| | |
|---|---|
| 1 | **LAW OFFICE OF ERIC OLLASON**<br>ATTORNEY AT LAW |
| 2 | **182 NORTH COURT**<br>TUCSON, ARIZONA 85701 |
| 3 | TELEPHONE (520) 791-2707<br>PCC No. 4349 |
| 4 | SBA # 014860 |
| 5 | **Attorney for Debtor** |

IN THE UNITED STATES BANKRUPTCY COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>RICHARD R. ACEDO,<br><br>            Debtor.<br><hr>Chase Home Finance, LLC,<br><br>            Movant,<br><br>vs.<br><br>Richard R. Acedo, Debtor(s); Dianne C. Kerns, Chapter 13 Trustee,<br><br>            Respondents. | In proceedings under Chapter 13<br><br>No. 4:09-bk-20605 TUC-JMM<br><br>**DEBTOR'S OBJECTION TO MOTION FOR RELIEF FROM THE AUTOMATIC STAY**<br><br>RE: **Real Property Located at 3856 E. Camino de Palmas Tucson, AZ 85711** |

Debtor, by and through his attorney undersigned, hereby objects to ***Chase Home Finance's*** ("Movant") Motion for Relief from the Automatic Stay based upon the following:

1. On August 25, 2009, the Debtor filed for Bankruptcy under Chapter 13 of the United States Bankruptcy Code.

2. **Debtor has prepared a Chapter 13 plan that provides for adequate protection of Movant's interest in that the pre-petition arrears and *post-petition payments will be paid through the Chapter 13 conduit plan*.**

2. Debtor is current on his payments to Movant.

3. The Debtor respectfully ask that the stay remain in full force and effect on the property.

1 | Wherefore, based upon the aforementioned, the Movant's Motion For Relief from the Automatic Stay should be Denied.

DATED: November 12, 2009

/s/ Eric Ollason
Eric Ollason
Attorney for Debtor

Copies of the foregoing mailed
this 12th day of November, 2009 to:

Dianne C. Kerns, Trustee
Office of Chapter 13 Trustee
PMB #413
7320 N. La Cholla #154
Tucson, AZ 85741-2305

Tiffany & Bosco PA
Mark S. Bosco
Leonard J. McDonald
2525 East Camelback Road, Third Floor
Phoenix, AZ 85016
Attorneys for Movant

*Sharon Chacón*
By: Sharon Chacón

2